IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **MICHELLE CLARK**, <br>    Plaintiff, <br><br> v. <br><br> **SONNY PERDUE**, Secretary of Agriculture, in his official capacity, and **WINONA LAKE SCOTT**, Acting Deputy Assistant Secretary for Civil Rights, in her official capacity, <br><br>    Defendants. | Case No. 1:19-cv-00394-JEB |

**JOINT STATUS REPORT**

Pursuant to the Court's January 30, 2020 Minute Order, the parties respectfully submit this status report.

**A.** **Plaintiff's Position**

As for this federal case, Ms. Clark has unresolved claims for: (1) the ineffective and non-compliant Section 508 complaint process that is the subject of this case; and (2) attorney's fees for the work required to obtain the final agency decision that the Office of the Assistant Secretary for Civil Rights ("OASCR") of the United States Department of Agriculture ("USDA" or the "Agency") issued fully in her favor on December 10, 2019 (the "FAD"). That FAD directed Ms. Clark to file a claim for equitable relief and attorney's fees by February 8, 2020. Having followed that instruction, Her petition for equitable relief and fees is presently before the Agency.

On January 15, 2019, Plaintiff wrote jointly to counsel for the Agency in the administrative matter and to counsel for the Agency in this litigation to seek a comprehensive

resolution of her remaining claims against the Agency.

On January 29, counsel for the Agency informed Plaintiff that the Agency was amenable to discussing a comprehensive resolution addressing all outstanding claims and had identified an appropriate official to address such a resolution.

On February 26, Plaintiff wrote to Defendant asking to begin the comprehensive settlement discussion promised on January 29. Defendant wrote back the next day stating that there were "some apparent misunderstandings, and possible miscommunications," regarding settlement, and that the Agency was not willing to engage in comprehensive settlement discussions.

The Agency's rebuttal to Plaintiff's request for equitable relief and fees, if any, was due by March 11, 2020. Plaintiff wrote to Defendant on March 11 to request a copy of any rebuttal, but has not yet been told whether a rebuttal exists, or when Plaintiff may receive it. Plaintiff also wrote to request and extension of the March 16, 2020 deadline to appeal the remedies ordered by the FAD pending the issuance of the Agency's decision on her request for equitable relief, but Plaintiff has received no response. If Plaintiff does not receive her requested extension, she will file an appeal of the remedies ordered by the FAD, requesting the additional relief prayed for in her Request for equitable relief, by the end of the day on March 16. Pursuant to 7 C.F.R. § 15E.170(j), the Agency will then have 60 days to decide that appeal.

In the meantime, Plaintiff remains willing to discuss a comprehensive resolution with the Agency should it change its mind. In the alternative, she will pursue her right to relief in court.

Plaintiff asks that the Court order the parties to file another joint status report.  By May 28, 2020 Plaintiff expects to know whether the administrative process provided the relief she is entitled to, and whether additional settlement discussions will be necessary or fruitful.  If those

avenues do not provide relief, Plaintiff will file an amended complaint promptly thereafter, reflecting the updated facts of the case and her outstanding claims.

### B. Defendants' Position

The agency has advised that its Center for Civil Rights Enforcement is considering complainant's request and will issue a separate decision pursuant to the Order of Relief.

Defendants propose filing another status report by May 28, 2020.

Dated:   March 16, 2020

   /s/ Albert Elia
Albert Elia (aelia@trelegal.com)
D.C. Bar No. 1032028

Respectfully submitted,

TIMOTHY J. SHEA, D.C. Bar # 437437
United States Attorney

DANIEL F. VAN HORN, D.C. Bar # 924092
Chief, Civil Division

By:   /s/ Marsha W. Yee
MARSHA W. YEE
Assistant United States Attorney
Civil Division
United States Attorney's Office
555 4th Street, N.W.
Washington, D.C. 20530
Telephone:   (202) 252-2539
Email:   Marsha.Yee@usdoj.gov

*Counsel for Defendants*