UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| MICHELLE CLARK, | ) |
| Plaintiff, | ) |
| v. | ) Civil Action No. 19-0394 (JEB) |
| THOMAS J. VILSACK,[1] Secretary of Agriculture in his official capacity, et al., | ) |
| Defendants. | ) |

**JOINT STATUS REPORT**

Pursuant to the Court's October 7, 2021, Minute Order, the parties respectfully submit this joint status report.

The parties did not convene for an October mediation session, as they had previously anticipated. Instead, the Department of Agriculture requested additional time to prepare for the next mediation session and that session is now scheduled for December 6, 2021.

The parties respectfully request that the Court extend the mediation until December 9, 2021, and permit them to file another joint status report on or before December 9, 2021.

---

[1] Pursuant to Federal Rule of Civil Procedure 25(d), Secretary Thomas J. Vilsack is automatically substituted for Sonny Perdue as a defendant.

Dated:  November 10, 2021

Respectfully submitted,

/s/ Albert Elia
ALBERT ELIA (aelia@trelegal.com)
D.C. Bar No. 1032028
TRE Legal Practice
4226 Castanos Street
Fremont, CA 94536

*Counsel for Plaintiff*

MATTHEW M. GRAVES, D.C. Bar. #481052
United States Attorney

BRIAN P. HUDAK
Acting Chief, Civil Division

By:  /s/ Marsha W. Yee
MARSHA W. YEE
Assistant United States Attorney
Civil Division
United States Attorney's Office
555 4th Street, N.W.
Washington, D.C. 20530
Telephone: (202) 252-2539
Email:  Marsha.Yee@usdoj.gov

*Counsel for Defendants*