UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| WILLIAM JEROME CLARK,<br><br>*Plaintiff*,<br><br>v.<br><br>TOM VILSACK,<br>Secretary of Agriculture,<br><br>*Defendant*. | Civil Action No. 19-394 (JEB) |

## JOINT STATUS REPORT

Pursuant to this Court's Minute Order (Apr. 15, 2022), Plaintiff William Jerome Clark and Defendant Tom Vilsack, Secretary of Agriculture, by and through undersigned counsel, hereby file this Joint Status Report ("JSR"). The parties are working amicably in hope of settling this case without the need for further litigation, and believe that they may make progress toward a potential agreement within the next month. As such, they respectfully propose that this Court direct them to file an additional JSR by June 16, 2022. A proposed order is attached.

Dated: May 16, 2022                                                                                           Respectfully submitted,

By: */s/ Albert Elia*  
ALBERT ELIA  
D.C. Bar No. 1032028  
1155 Market Street, Tenth Floor  
(415) 873-9199  
aelia@trelegal.com  

*Counsel for Plaintiff*

MATTHEW M. GRAVES  
D.C. Bar No. 481052  
United States Attorney  

BRIAN P. HUDAK  
Chief, Civil Division  

By: */s/ Bradley G. Silverman*  
BRADLEY G. SILVERMAN  
D.C. Bar No. 1531664  
Assistant United States Attorney  
601 D Street NW  
Washington, DC 20530  
(202) 252-2675  
bradley.silverman@usdoj.gov  

*Counsel for Defendant*

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| WILLIAM JEROME CLARK,<br><br>        *Plaintiff*,<br><br>v.<br><br>TOM VILSACK,<br>Secretary of Agriculture,<br><br>        *Defendant*. | Civil Action No. 19-394 (JEB) |

## [PROPOSED] ORDER

Upon consideration of the parties' Joint Status Report, the parties are hereby ORDERED to file an additional Joint Status Report by June 16, 2022.

    SO ORDERED.

_____                                              _____
Dated                                                                           JAMES E. BOASBERG
                                                                              United States District Court Judge